## **STATEMENT OF FACTS**

On Thursday, August 4, 2005, at about 2:20 p.m., sworn officers with the Metropolitan Police Department's Drug Interdiction Unit were at the Greyhound Bus Station located at 1005 1st Street, N.W., Washington, D.C., where they saw the defendant, Darick Naper. Officers talked witht the defendant, and during that time, officers came to learn that the bag that the defendant was carrying had a box of 9mm ammunition, and a loaded Hi-point .380 caliber handgun inside. Officers also recovered a Ruger 9mm semi-automatic handgun, loaded with .380 caliber ammunition and a holster with 9mm rounds inside a pouch in the defendant's waistband area. Further search of the defendant, revealed a bag with 31 ziplock bags containing a rock-like substance, another bag with 11 ziplock bags containing a rock-like substance, a ziplock bag containing a plant like material, and 4 rounds of 9mm ammunition. Officers placed the defendant under arrest. The rock-like substance recovered appeared to crack cocaine. A portion of the rock-like substance field tested positive for cocaine, and a portion of the plant like substance field tested positive for THC. The approximate weight of the suspected crack cocaine was 12 grams which is an amount commonly indicating that the suspected crack cocaine was going to sold to others rather than used exclusively by the defendant. To the best of the undersigned officer's knowledge, defendant Darick Napper has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court Criminal Case No. F1077-01. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge there are no Ruger 9mm handguns, Hi-point .380 caliber handguns nor ammunition, manufactured in the District of Columbia.

_____
OFFICER ERICK ALVARADO
MAJOR NARCOTICS BRANCH, MPD


SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF AUGUST, 2005.



_____
U.S. MAGISTRATE JUDGE