IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| v. | ) Case No. 05-443M-01 (AK) |
| | ) |
| **DARICK NAPPER,** | ) |
| | ) |
| Defendant. | ) |

NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

                                                 Respectfully submitted,

                                                 A.J. KRAMER
                                                 FEDERAL PUBLIC DEFENDER

                                                 /s/
                                                 Michelle Peterson
                                                 Assistant Federal Public Defender
                                                 625 Indiana Avenue, N.W., Suite 550
                                                 Washington, D.C. 20004
                                                 (202) 208-7500